U.S. DISTRICT JUDGE ROBERT S. LASNIK

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| RONALD WAYNE HARTMARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. CV-12-02000-RSL |
| v. ) | |
| ) | |
| ) | ORDER RE |
| ) | COUNSEL'S MOTION FOR AN |
| ) | AWARD OF ATTORNEY'S FEES |
| ) | UNDER 42 U.S.C. §406(b) |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner, Social ) | |
| Security Administration ) | |
| ) | |
| Defendant. ) | |

Plaintiff appealed a denial of social security benefits to this court. After briefing, Plaintiff's case was remanded for a payment of benefits.

Based upon a thorough review of counsel's Unopposed Motion for an Award of Attorney's Fees under 42 U.S. C. §406(b) and the records and files herein, the Court Orders a contingency fee award in the amount of **$25,664.25**

ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b) [C12-2000-RSL] PAGE 1 OF 2

**GEORGE ANDRE FIELDS**
Attorney at Law
1700 7th Ave., Suite 2100
Seattle, WA 98101
(800) 567-1556

1  payable to George Andre Field, Esq. by check and mailed to: 1700 7th Ave.,

2  Seattle, WA 98101

3       As there was no federal Treasury offset under *Astrue v. Ratliff,* ⎯⎯ U.S. ⎯

4  ⎯, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), and counsel received a prior award for

5  fees under the Equal Access to Justice Act, 28 U .S.C. § 2412(d), counsel is

6  instructed to reimburse plaintiff the **$6,929.07** counsel received in EAJA fees.

7

8       Dated this 12th day of December, 2013.
9

10                              *[signature]*
11                              U.S. DISTRICT COURT JUDGE
12

13

14

15

16  Respectfully Submitted,
17
18
19  /s/ GEORGE ANDRE FIELDS
20  Attorney for Plaintiff
21  WSBA#25973
22

ORDER RE UNOPPOSED MOTION FOR ATTORNEY FEES PURSUANT TO 42 U.S.C.
§406(b) [C12-2000-RSL] PAGE 2 OF 2